# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00105-RPM

DAVID M. FRANCO,

    Plaintiff,

v.

Larry NEALY, INTREPID, LLC, a Colorado limited
liability company,
JAMES M. JACOBSON,
BEARING CONSULTING GROUP, LLC, a Texas limited liability company,

    Defendants.
_____

## ORDER DENYING MOTIONS
_____

The following motions have been filed in this civil action:

#10 - Motion to Dismiss for Lack of Personal Jurisdiction filed by Defendants

    James M. Jacobsen and Bearing Consulting Group, LLC, and

#13 - Defendant Larry Nealy's Partial Motion to Dismiss and Motion for an Order

    Directing Plaintiff to Join Necessary Parties.

Upon consideration of the briefing in support and opposition to these motions, it is

ORDERED that the motions are denied.

DATED: June 13th, 2014.

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior District Judge