**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00105-RPM

DAVID M. FRANCO,

      Plaintiff,

v.

LARRY NEALY,
INTREPID, LLC, a Colorado limited liability company,
JAMES M. JACOBSEN,
BEARING CONSULTING GROUP, LLC, a Texas limited liability company,

      Defendants.
_____

ORDER FOR PLAINTIFF'S STATUS REPORT
_____

      On June 13, 2014, an order was entered denying the motion to dismiss for lack of personal jurisdiction filed by defendants James M. Jacobsen and Bearing Consulting Group, LLC. Those defendants have not answered or otherwise responded to the complaint. Larry Nealy and Intrepid, LLC, have filed answers. Before this Court schedules a Rule 16 scheduling conference, the plaintiff's position as to proceeding against the defendants who have not answered should be stated. Accordingly, it is

      ORDERED that on or before August 14, 2014, plaintiff shall file a status report concerning proceedings against the defendants James M. Jacobsen and Bearing Consulting Group, LLC.

      DATED: July 25th, 2014.

                                         BY THE COURT:

                                         s/Richard P. Matsch
                                         _____
                                         Richard P. Matsch, Senior District Judge