THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00105-RPM

DAVID M. FRANCO,
    Plaintiff,
v.

LARRY NEALY,
INTREPID, LLC, a Colorado limited liability company,
JAMES M. JACOBSEN,
BEARING CONSULTING GROUP, LLC, a Texas limited liability company,

    Defendant.

## ORDER TO COMPLY WITH D.C.COLO.LCivR 7.2

The Court has signed a Protective Order for the confidentiality of certain information in this case. The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings. It is

ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be submitted under restriction based on the Protective Order.

Dated: October 1st, 2014

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge