THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00105-RPM

DAVID M. FRANCO,
      Plaintiff,
v.

LARRY NEALY,
INTREPID, LLC, a Colorado limited liability company,
JAMES M. JACOBSEN,
BEARING CONSULTING GROUP, LLC, a Texas limited liability company,

      Defendant.

---

ORDER SETTING SCHEDULING CONFERENCE

---

Pursuant to the Request for Scheduling Conference [38], filed October 21, 2014, it is

ORDERED that a scheduling conference will be held on **October 30, 2014, at 2:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 10/2013). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on October 24, 2014.** The conference is conducted with <u>lead counsel present in person</u>. No parties or

representatives of parties will be permitted to attend.  Initial disclosures under Rule 26(a)(1) will be completed no later than 10 calendar days before the scheduling conference.

Dated: October 22nd, 2014

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge