IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00105-RPM

DAVID M. FRANCO

    Plaintiff,

v.

LARRY NEALY,
INTREPID, LLC, a Colorado limited liability company,
JAMES M. JACOBSEN,
BEARING CONSULTING GROUP, LLC, a Texas limited liability company,

    Defendants.

_____

**ORDER RE: UNOPPOSED MOTION FOR LEAVE TO AMEND ANSWER TO ADD AFFIRMATIVE DEFENSE**
_____

    The Court, having reviewed Defendant Larry Nealy's Unopposed Motion for Leave to Amend Answer to Add Affirmative Defense, and being fully advised, hereby GRANTS the Motion and accepts Larry Nealy's Amended Answer attached thereto as filed as of the date of this Order.

    ORDERED this 30th day of October, 2014.

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior District Judge