## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                  May 1, 2015
Courtroom Deputy:      Patricia Glover
FTR Technician:        Kathy Terasaki

---

Civil Action No. 14-cv-00105-RPM-MJW        Counsel:

DAVID M. FRANCO,                            Ronald Nemirow

      Plaintiff,

v.

LARRY NEALY,                                William Meyer
INTREPID, LLC, a Colorado limited liability Howard Gelt
company,                                    Annika Vanhagen
JAMES M. JACOBSON,
BEARING CONSULTING GROUP, LLC, a
Texas limited liability company,

      Defendants.

---

## COURTROOM MINUTES

**HEARING:**  Motions to Withdraw

**1:29 p.m.**   **Court in session.**

Court calls case.  Appearances of Counsel.

      The Court addresses defendant Nealy's Motion to Expedite Leave to Withdraw **[52]** and Defendant Intrepid's Motion to Withdraw **[55]**.

The Court confirms with Mr. Nealy the basis for the Motions to Withdraw.  There is no objection to the motions.

**ORDER:**   Defendant Nealy's Motion to Expedite Leave to Withdraw **[52]** and
             Defendant Intrepid's Motion to Withdraw **[55]** are **GRANTED**.

The Court addresses the question of diversity jurisdiction with counsel Nemirow as to Bearing Consulting Group, LLC based on Saya Affidavit and advises counsel to review the issue.

**1:35 p.m.        Court in recess.**

Hearing concluded.  Total time:     6 Minutes.