THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00105-RPM

DAVID M. FRANCO,
    Plaintiff,
v.

LARRY NEALY,
INTREPID, LLC, a Colorado limited liability company,
JAMES M. JACOBSEN,
BEARING CONSULTING GROUP, LLC, a Texas limited liability company,

    Defendant.

---

ORDER GRANTING MOTIONS TO WITHDRAW

---

Pursuant to the hearing held today on the motion for leave to withdraw filed by William Meyer, Howard Gelt and Polsinelli P.C., on April 15, 2015, [Doc. 52] and the motion for leave to withdraw filed by Annika K. Vanghagen, on April 28, 2015, [Doc. 55] and Ronald H. Nemirow appearing as counsel for the plaintiff and moving counsel appearing and Larry Nealy also appearing, and after the Court questions Mr. Nealy, the Court finds and concludes that counsel have shown good cause for their motions to withdraw. Accordingly, it is

ORDERED William Meyer, Howard Gelt and Polsinelli P.C. have no further responsibility for the representation of the defendant Larry Nealy in this civil action and that Annika K. Vanghagen has no further responsibility for the representation of defendant Intrepid, L.L.C., in this civil action and the Clerk is directed to terminate their electronic service in this matter.

Dated:   May 1, 2015

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge