THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00105-RPM

DAVID M. FRANCO,

    Plaintiff,

v.

LARRY NEALY,
INTREPID, LLC, a Colorado limited liability company,
JAMES M. JACOBSEN,
BEARING CONSULTING GROUP, LLC, a Texas limited liability company,

    Defendant.

---

## JUDGMENT

---

    Pursuant to the Memorandum Opinion and Order entered by Senior Judge Richard P. Matsch on July 22, 2015, it is

    ORDERED AND ADJUDGED that this civil action is dismissed as to Defendant James M. Jacobsen and Defendant Bearing Consulting Group, LLC. Defendants Jacobsen and Bearing Consulting Group, LLC, are awarded costs upon the filing of a bill of costs within 14 days.

    Dated:   July 22, 2015

                                  FOR THE COURT:

                                  JEFFREY P. COLWELL, Clerk

                                          s/M. V. Wentz
                              By_____
                                            Deputy