THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00105-RPM

DAVID M. FRANCO,
    Plaintiff,
v.

LARRY NEALY, and
INTREPID, LLC, a Colorado limited liability company,

    Defendant.

---

ORDER FOR STATUS REPORT

---

This civil action was dismissed as to defendants James M. Jacobsen and Bearing Consulting Group, LLC, by the Judgment entered on July 22, 2015. A Suggestion of Bankruptcy as to defendant Larry Nealy was filed on June 23, 2015. The plaintiff has filed no additional pleadings as to that defendant and it has been stated in these proceedings that Intrepid, LLC, is defunct. It is not clear what the plaintiff intends to do in this action under the circumstances and it is therefore

ORDERED that on or before March 15, 2016, the plaintiff shall file a status report.

Dated:   February 25, 2016

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge