THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00105-RPM

DAVID M. FRANCO,

    Plaintiff,

v.

LARRY NEALY, and
INTREPID, LLC, a Colorado limited liability company,

    Defendant.

---

ORDER OF DISMISSAL

---

Pursuant to the motion for voluntary dismissal without prejudice [Doc. 78], it is

ORDERED that the claims against Intrepid, LLC are dismissed without prejudice.

Dated: March 15th, 2016

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge