THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00105-RPM

DAVID M. FRANCO,

      Plaintiff,

v.

LARRY NEALY,

      Defendant.

---

## STAY ORDER

---

      Pursuant to Plaintiff's Status Report [Doc. 79], it is

      ORDERED that the claims against Defendant Nealy are stayed pending resolution of the Nealy bankruptcy proceedings.

      Dated:   March 15th, 2016

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____
                                          Richard P. Matsch, Senior District Judge